UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDELNASSER A. ABDRABBO,

Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

1:26-CV-8538 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Abdelnasser A. Abdrabbo, who is appearing *pro se*, brings this action asserting claims for *mandamus* relief and/or relief under the Administrative Procedure Act. The Court dismisses this action for the following reason.

Plaintiff previously commenced another *pro se* action in this court by filing a virtually identical complaint. That other *pro se* action is pending before District Judge Dale E. Ho of this court. *See Abdrabbo v. USCIS*, 1:26-CV-8095 (DEH). As this action raises the same claims as raised in *Abdrabbo*, 1:26-CV-8095 (DEH), no useful purpose would be served by litigating this duplicative action. The Court therefore dismisses this action without prejudice as duplicative of *Abdrabbo*, 1:26-CV-8095 (DEH).

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of *Abdrabbo*, 1:26-CV-8095 (DEH).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a civil judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: October 2, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge